**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**CLYDE HENDERSON,**                                                       **PETITIONER**

**v.**             **No. 2:06CV2-B-A**

**JOE THORNTON, ET AL.**           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED**, this the 29th day of August, 2006.

                                             /s/ Neal Biggers

                                             NEAL B. BIGGERS
                                             SENIOR U. S. DISTRICT JUDGE